DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  C09-03339-JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JANUARY 11, 2010 CASE MANAGEMENT CONFERENCE TO FEBRUARY 1, 2010 |

Pursuant to Civil Local Rule 16–2 and 7-12, Plaintiffs NISHA BROWN and KATHY WILLIAMSON ("Plaintiffs"), and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their counsel, make the following stipulated request:

1.   The Initial Case Management Conference presently set for January 11, 2010 at 10:00 a.m., shall be continued to February 1, 2010 at 10:00 a.m.

2.   The deadlines set forth in the Order Setting Initial Case Management Conference shall be continued as set forth in the Order.  Thus, the last day to meet and confer, and to file ADR forms, presently on December 21, 2009, shall be extended to January 11, 2010, and the last day to

1 complete initial disclosures and file a Case Management Statement, presently on January 1, 2010,
2 shall be extended to January 22, 2010.
3    Plaintiffs and Defendant make this joint request in order to accommodate Counsel for
4 Defendant, who is presently unavailable on January 11, 2009. There have been no other time
5 modifications in this case.
6    **SO STIPULATED.**
7 Dated: October 20, 2009

*/s/ Marlene Muraco*
MARLENE MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WAL-MART STORES, INC.

12 Dated: October 20, 2009

*/s/ Matthew Righetti*
MATTHEW RIGHETTI
RIGHETTI LAW FIRM
Attorneys for Plaintiffs
NISHA BROWN and KATHY WILLIAMSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 27, 2009

*/s/ James Ware*
United States District Judge

Firmwide:92446534.1 015602.6736

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC