DENNIS M. BROWN, Bar No. 126575
MARLENE S. MURACO, Bar No. 154240
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Email: dmbrown@littler.com, mmuraco@littler.com,

Attorneys for Defendant WAL-MART STORES, INC.

MATTHEW RIGHETTI, State Bar No. 121012
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone:  (415) 983-0900
Email: matt@righettilaw.com

KEVIN J. McINERNEY, State Bar No. 46941
McINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:  (775) 849-3811
Email: kevin@mcinerneylaw.net

JAMES F. CLAPP, State Bar No. 145814
MARITA MURPHY LAUINGER, State Bar No. 199242
DOSTART CLAPP GORDAN & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Email: clapp@sdlaw.com, mlauinger@sdlaw.com

Attorneys for Plaintiffs NISHA BROWN and KATHY WILLIAMSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  C09-03339-JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE** |

Firmwide:94361717.1 015602.6736

Case No. C09-03339-JW

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE

1     Pursuant to Local ADR Rule 5-5 and Local Rule 7-12, Plaintiffs Nisha Brown and
2 Kathy Williamson and Defendant Wal-Mart Stores, Inc., (collectively, the "Parties), submit this
3 Stipulation and Proposed Order to the Court:

4     **STIPULATION**

5     WHEREAS, On January 10, 2010, the Court issued an Order Selecting ADR Process
6 in the above-entitled action ("Order");

7     WHEREAS, the Court's Order approved the stipulation between the Parties to
8 participate in Early Neutral Evaluation (ADR L.R. 5), and set a deadline for the Parties to hold the
9 ADR session within 90 days from the date of the order, or April 10, 2010;

10    WHEREAS, the Parties were initially assigned to Evaluator Paul Garrison, but after
11 receiving objections from Plaintiffs, the Court reassigned the matter to Evaluator Robert T. Fries on
12 February 9, 2010;

13    WHEREAS, the Parties and Evaluator Fries conducted an initial telephone
14 conference to discuss scheduling on February 25, 2010;

15    WHEREAS, the Parties are currently in the process of engaging in initial written
16 discovery and depositions and the Parties agree that it would be more beneficial for evaluation
17 purposes if the Parties completed the initial discovery and depositions prior to participating in an
18 Early Neutral Evaluation;

19    WHEREAS, subject to the Court's approval, the Parties have agreed to conduct the
20 Early Neutral Evaluation on May 4, 2010;

21    WHEREAS, the Parties have not previously requested any extensions of the deadlines
22 set forth in the Court's Order; and

23    WHEREAS, for good cause and to promote resolution of this matter and ensure a
24 more productive Early Neutral Evaluation of this matter, the Parties jointly request an extension of
25 30 days to participate in an Early Neutral Evaluation;

26    NOW, THEREFORE, Plaintiffs and Defendant, through their respective undersigned
27 counsel, stipulate and request that the Court approve the revised deadline of May 10, 2010 for the
28 Parties to comply with the Order.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:94361717.1 015602.6736                      Case No. C09-03339-JW
STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE

**IT IS SO STIPULATED.**

Dated: March 12, 2010

                     */s/ Marlene Muraco*
                     MARLENE MURACO
                     LITTLER MENDELSON
                     A Professional Corporation
                     Attorneys for Defendant
                     WAL-MART STORES, INC.

Dated: March 12, 2010

                     */s/ Matthew Righetti*
                     MATTHEW RIGHETTI
                     RIGHETTI LAW FIRM
                     Attorneys for Plaintiffs
                     NISHA BROWN and KATHY WILLIAMSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 12, 2010                  _____
                                         Hon. James Ware
                                         United States District Court Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:94361717.1 015602.6736      Case No. C09-03339-JW

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE