MATTHEW RIGHETTI         SBN 121012
JOHN GLUGOSKI            SBN 191551
MICHAEL RIGHETTI         SBN 258541
**RIGHETTI LAW FIRM, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900 / Facsimile: (415) 397-9005
Email: matt@righettilaw.com

KEVIN J. McINERNEY, State Bar No. 46941
**McINERNEY & JONES**
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811 / Facsimile: (775) 849-3866
Email: kevin@mcinerneylaw.net

JAMES F. CLAPP, State Bar No. 145814
MARITA MURPHY LAUINGER, State Bar No. 199242
ZACHARIAH P. DOSTART, State Bar No. 255071
**DOSTART CLAPP GORDAN & COVENEY, LLP**
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200 / Facsimile: (858) 623-4299
Email: clapp@sdlaw.com, mlauinger@sdlaw.com, zdostart@sdlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: C09-03339-JW <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION TO COMPEL DISCOVERY** <br><br> Complaint Filed: June 11, 2009 <br><br> Date:  April 27, 2010 <br> Time:  10:00 a.m. <br> Court: 5, 4th Floor <br> Hon. Magistrate Patricia V. Trumbull |

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on Wednesday, April 27, 2010, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5, 4th Floor, before the Honorable Magistrate Judge Patricia V. Trumbull, located at 280 South 1st Street, San Jose, CA 95113. Plaintiffs, Nisha Brown and Kathy Williamson, on behalf of themselves and all persons similarly situated, will move to have Defendant provide the identity of the putative class members, or for exclusion sanctions pursuant to FRCP Rules 26 and 37(a).

Good cause exists for the granting of this Motion because, while Plaintiffs have a Constitutional right to communicate with the putative class members before certification, Defendant is frustrating that right by withholding disclosure of the identities of the putative class members. At the same time, Defendant is enjoying unfettered access to the putative class members to conduct its investigation. Accordingly, this Court should level the playing field by either compelling Defendant to identify the putative class members, or issuing an evidentiary sanction disallowing Defendant's use of any statements from putative class members during class certification briefing.

The Motion will be based on this Notice of Motion, the Declaration of Matthew Righetti, the Memorandum of Points and Authorities, the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of the motion.

RIGHETTI LAW FIRM, P.C.

s/ Matthew Righetti

Dated: March 19, 2010

Matthew Righetti
Counsel for Plaintiff