UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NISHA BROWN, et al.<br>Plaintiffs, | No. C 09-3339 JW |
| v. | **ORDER GRANTING REQUEST TO EXCUSE CLASS REPRESENTATIVE KATHY WILLIAMSON FROM PERSONALLY ATTENDING THE ENE SESSION** |
| WALMART STORE, INC.<br>Defendants.<br>_____/ | |

Date:     May 4, 2010
Mediator: Robert Fries

  IT IS HEREBY ORDERED that the request for Class Representative Kathy Williamson to be excused from personally attending the May 4, 2010 mediation session before Robert Fries is GRANTED. Ms. Williamson shall be available by telephone at all times during the ENE session in accordance with ADR L.R. 5-10(f).

  IT IS SO ORDERED.

April 1, 2010                             By:    *Elizabeth D. Laporte*
Dated                                                 Elizabeth D. Laporte
                                                      United States Magistrate Judge