UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NISHA BROWN, et al.<br>        Plaintiffs, | No. C 09-3339 JW |
| v. | **ORDER DENYING REQUEST TO EXCUSE DEFENDANT WAL-MART STORES, INC.'S CORPORATE REPRESENTATIVE FROM PERSONALLY ATTENDING THE ENE SESSION** |
| WALMART STORE, INC.<br>        Defendants.<br>_____/ | |
| | Date:      May 4, 2010<br>Mediator:  Robert Fries |

IT IS HEREBY ORDERED that the request of defendant Wal-Mart Stores, Inc. that its corporate representative be excused from personally attending the May 4, 2010, ENE session before Robert Fries is DENIED. Defendant has failed to make an adequate showing that personal attendance will constitute an extraordinary or otherwise unjustifiable hardship. The corporate representative shall attend in person in accordance with ADR L.R. 5-10.

IT IS SO ORDERED.

April 22, 2010                              By:         *Elizabeth D. Laporte*
Dated                                                         Elizabeth D. Laporte
                                                                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**