1  DENNIS M. BROWN, Bar No. 126575
   MARLENE S. MURACO, Bar No. 154240
2  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
3  San Jose, CA 95113.2303
   Telephone: 408.998.4150
4  Email: dmbrown@littler.com, mmuraco@littler.com,

5  Attorneys for Defendant WAL-MART STORES, INC.

6  MATTHEW RIGHETTI, State Bar No. 121012
   RIGHETTI LAW FIRM, P.C.
7  456 Montgomery Street, Suite 1400
   San Francisco, CA 94101
8  Telephone: (415) 983-0900
9  Email: matt@righettilaw.com

10 KEVIN J. McINERNEY, State Bar No. 46941
   McINERNEY & JONES
11 18124 Wedge Parkway #503
   Reno, NV 89511
12 Telephone: (775) 849-3811
   Email: kevin@mcinerneylaw.net
13

14 JAMES F. CLAPP, State Bar No. 145814
   MARITA MURPHY LAUINGER, State Bar No. 199242
   DOSTART CLAPP GORDAN & COVENEY, LLP
15 4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
16 Telephone: (858) 623-4200
   Email: clapp@sdlaw.com, mlauinger@sdlaw.com
17

18 Attorneys for Plaintiffs NISHA BROWN and KATHY WILLIAMSON

19                 UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                        SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated, | Case No. C09-03339-JW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE** |
| v. | |
| WAL-MART STORES, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

Firmwide:95146958.1 015602.6736                               Case No. C09-03339-JW

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE

1   Pursuant to Local ADR Rule 5-5 and Local Rule 7-12, Plaintiffs Nisha Brown and
2   Kathy Williamson and Defendant Wal-Mart Stores, Inc., (collectively, the "Parties), submit this
3   Stipulation and Proposed Order to the Court:

4   **STIPULATION**

5   WHEREAS, On January 10, 2010, the Court issued an Order Selecting ADR Process
6   in the above-entitled action ("Order");

7   WHEREAS, the Court's Order approved the stipulation between the Parties to
8   participate in Early Neutral Evaluation (ADR L.R. 5), and set a deadline for the Parties to hold the
9   ADR session within 90 days from the date of the order, or April 10, 2010;

10  WHEREAS, the Parties were initially assigned to Evaluator Paul Garrison, but after
11  receiving objections from Plaintiffs, the Court reassigned the matter to Evaluator Robert T. Fries on
12  February 9, 2010;

13  WHEREAS, the Parties previously requested, and were granted an extension from
14  April 10, 2010 to May 4, 2010 to conduct the ENE Conference;

15  WHEREAS, the Parties are currently scheduled to conduct the ENE Conference on
16  May 4, 2010;

17  WHEREAS, after conducting some preliminary discovery, and following further
18  discussions between counsel regarding the case, the legal issues and the factual basis for each
19  Parties' respective position, the Parties agree that it would now be more appropriate and beneficial to
20  the ultimate resolution of this matter to postpone conducing the ENE Conference until after class
21  certification matters are decided by the Court;

22  WHEREAS, following consultation with the ADR coordinator, the Parties agree that
23  it would not be fruitful to proceed with the ENE Conference at this time, as there are many
24  unresolved legal and factual issues relevant to the resolution of this case;

25  WHEREAS, for good cause and to promote an efficient resolution of this matter at a
26  more appropriate time in the proceedings, the Parties jointly request an extension to participate in an
27  ENE Conference until after the Court issues an Order regarding Plaintiffs' request for class
28  certification;

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:95146958.1 015602.6736    2    Case No. C09-03339-JW
STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE

NOW, THEREFORE, Plaintiffs and Defendant, through their respective undersigned counsel, stipulate and request that the Court approve the revised deadline to participate in an ENE Conference until after the Court issues an Order regarding Plaintiffs' request for class certification.

**IT IS SO STIPULATED.**

Dated: April 23, 2010

/s/ Marlene Muraco
MARLENE MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WAL-MART STORES, INC.

Dated: April 23, 2010

/s/ Matthew Righetti
MATTHEW RIGHETTI
RIGHETTI LAW FIRM
Attorneys for Plaintiffs
NISHA BROWN and KATHY WILLIAMSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 4, 2010

Hon. James Ware
United States District Court Judge