UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | Case No.: C 09-3339 JW (PVT)<br><br>**ORDER Staying Order Granting Plaintiffs' motion to compel**<br><br>**(Re: Docket No. 21)** |

　　　　On May 4, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Plaintiffs' Motion to Compel,[1] which the court orally granted from the bench. Before the court issued a written order, however, on May 5, 2010, District Judge Ware issued an order in which he stayed discovery pending the court's disposition of Defendant's Motion for Judgment on the Pleadings. Based on the file herein,

　　　　IT IS HEREBY ORDERED that this court's oral order compelling discovery is STAYED during the pendency of the discovery stay ordered by Judge Ware.

　　　　IT IS FURTHER ORDERED that, promptly after the stay on discovery is lifted, Plaintiffs'

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  shall file a request for a written order on their Motion to Compel.

2  Dated: *5/11/10*

3  *Patricia V. Trumbull*
   PATRICIA V. TRUMBULL
4  United States Magistrate Judge