DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:     408.998.4150

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  C09-03339-JW<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE II IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C), OR IN THE ALTERNATIVE MOTION TO STAY PROCEEDINGS**<br><br>**(REQUEST FOR JUDICIAL NOTICE II)**<br><br>Date:        October 18, 2010<br>Time:        9:00 a.m.<br>Location:   Courtroom 8, 4th Floor<br>Honorable James Ware |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:97871177.1 015602.6736

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE II

1    Pursuant to Federal Rule of Evidence 201, Defendant Wal-Mart Stores, Inc. requests

2    that the Court take judicial notice of the following documents in support of its motion for judgment

3    on the pleadings, or in the alternative, motion to stay proceedings:

4        1.   "ORDER TO SHOW CAUSE; TEMPORARY STAY ORDER," issued by the Court of

5             Appeal of the State of California, Second Appellate District in *Home Depot U.S.A., Inc.*

6             *v. The Superior Court of Los Angeles County (Devon Harris)*; Case No. B223184.  A true

7             and correct copy of this Order is attached hereto as Exhibit 1.

8        2.   "STIPULATION AND ORDER STAYING ACTION," in *Hall v. Rite-Aid Corp.*, No.

9             37-2009-00087938-CU-OE-CTL (San Diego Super. Ct., June 1, 2010).  A true and

10            correct copy of this Order is attached as Exhibit 2.

11           This Court "may take judicial notice of proceedings in other courts, both within and

12   without the federal judicial system, if those proceedings have a direct relation to matters at issue."

13   *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th

14   Cir. 1992) (citations omitted).  Wal-Mart respectfully requests that the Court take judicial notice of

15   the documents described above.  Each of these orders is a matter of public record that cannot

16   reasonably be challenged and are directly related to the issues raised by Wal-Mart's motion for

17   judgment on the pleadings, or in the alternative, motion to stay proceedings.

18

19   Dated: October 6, 2010

20

21

22                                    /s/ Karin M. Cogbill
                                      KARIN M. COGBILL
23                                    LITTLER MENDELSON
                                      A Professional Corporation
24                                    Attorneys for Defendant
                                      WAL-MART STORES, INC.

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Firmwide:97871177.1 015602.6736

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE II

# EXHIBIT 1

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

COURT OF APPEAL - SECOND DIST
F I L E D

JUL 3 0 2010

JOSEPH A. LANE                    Clerk
S. VEVERKA
Deputy Clerk

| | |
|---|---|
| HOME DEPOT U.S.A., INC., | ) No. B 223184 |
| | ) |
| Petitioner, | ) (Super. Ct. No. BC415774) |
| | ) (Terry Green, Judge) |
| v. | ) |
| | ) |
| THE SUPERIOR COURT OF | ) |
| LOS ANGELES COUNTY, | ) **ORDER TO SHOW CAUSE;** |
| | ) **TEMPORARY STAY ORDER** |
| Respondent, | ) |
| | ) |
| DEVON HARRIS, et al, | ) |
| | ) |
| Real Parties in Interest. | ) |

TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE
COUNTY OF LOS ANGELES:

Good cause appearing therefor, you are hereby required to:

SHOW CAUSE before this court in its courtroom at 300 South Spring
Street, Los Angeles, California, on October 14, 2010, at 9:00 a.m. why a peremptory
writ of mandate should not issue ordering you to vacate the order of January 29, 2010,
in Los Angeles Superior Court case No. BC415774, entitled Harris v. Home Depot
U.S.A., Inc., which order overruled petitioner's demurrer to plaintiffs' first amended
complaint, and to make a new and different order sustaining the demurrer without leave
to amend.

1

Petitioner shall serve this order to show cause upon respondent and real parties in interest forthwith.

The written return shall be served and filed on or before August 30, 2010.

Petitioner may file a reply on or before September 17, 2010.

## TEMPORARY STAY ORDER

Proceedings in superior court case No. BC415774 are hereby stayed pending further order of this court.

EPSTEIN, P. J.                    WILLHITE, J.                    SUZUKAWA, J.

2

# EXHIBIT 2

1    (Counsel for the parties listed on next page)

                                               **F I L E D**

2                                            Clerk of the Superior Court

3                                      JUN 0 1 2010

4                               By: R. LINDSEY-COOPER, Deputy

5

6

7

8

9

10                SUPERIOR COURT OF CALIFORNIA

11                  COUNTY OF SAN DIEGO

12

13   KRISTIN HALL, individually and on behalf    No. 37-2009-00087938-CU-OE-CTL
    of all others similarly situated,

14                         **STIPULATION AND [PROPOSED]**
          Plaintiff,               **ORDER STAYING ACTION**

15   vs.

16

17   RITE AID CORPORATION, and DOES 1-50,
    inclusive,

18           Defendants.

19

20

21

22

23

24

25

26

27

28

   LEGAL_US_W # 64732844.1

           STIPULATION AND [PROPOSED] ORDER STAYING ACTION

**STIPULATION**

1
2      Plaintiff Kristin Hall and defendant Rite Aid Corporation ("Rite Aid"), by and through
3 their respective undersigned counsel, hereby stipulate as follows:
4      1.     This action is brought under the Labor Code Private Attorneys General Act
5 ("PAGA"), Cal. Lab. Code § 2698 *et seq.*, for penalties based on the claim that Rite Aid was
6 required to provide seats to its front-end Cashier/Clerks while working under section 14(A) of
7 Wage Order 7-2001 and failed to do so. The action currently is scheduled for trial by the Court
8 without a jury on November 12, 2010.
9      2.·     An issue raised in the proceedings is whether, even assuming *arguendo* that Rite
10 Aid was required to provide seats to its front-end Cashier/Clerks while working under
11 section 14(A) of Wage Order 7-2001 and failed to do so, plaintiff may recover so-called "stop-
12 gap" penalties under PAGA, Cal. Lab. Code § 2699(f), due to section 20 of Wage Order 7-2001,
13 which itself provides for penalties for violation of the Wage Order; and whether alternatively
14 plaintiff could recover penalties under section 20.
15      3.     On June 15, 2009, Rite Aid demurred to plaintiff's complaint on·the grounds that
16 PAGA's stop-gap penalties do not apply to a violation of section 14(A) because section 20 of
17 Wage Order 7-2001 provides its own penalties for violation of the Wage Order, including section
18 14(A); and plaintiff did not qualify to recover penalties under section 20 because she was not an
19 "underpaid employee," as required by section 20, by virtue of her being denied a seat while
20 ·working.   On October 16, 2009, the Court overruled Rite Aid's demurrer and the parties
21 proceeded with discovery in the case.
22      4.     In *Bright v. 99¢ Only Stores*, Los Angeles Superior No. BC415527 (Oct. 15, 2009)
23 (appeal pending, Second Appellate District No. B220016), the plaintiff (represented by the same
24 counsel representing plaintiff in this action) brought the same claim that is brought in this action,
25 and the defendant demurred to the complaint on the same ground on which Rite Aid demurred to
26 plaintiff's complaint here, as well as an additional ground. In *Bright*, the court sustained the
27 defendant's demurrer to the plaintiff's complaint on both grounds. That ruling is now on appeal
28 before the Second Appellate District.
LEGAL_US_W # 64732844.1

STIPULATION AND [PROPOSED] ORDER STAYING ACTION

1        5.    The parties have conferred and agreed that in the interest of economy for both the

2    Court and the parties, it would be preferable to stay all proceedings in this action pending the

3    outcome of the appeal in *Bright*, including any review by the California Supreme Court.

4        6.    Accordingly, the parties jointly request the Court to enter an order vacating all pre-

5    trial and trial dates in the action and staying the action pending the outcome of the appeal in

6    *Bright*, including any petition for review by the California Supreme Court. Within 30 days after

7    the appeal and review proceedings are final, the parties will report back to this Court and the

8    Court may convene a further status conference to lift the stay and schedule new pre-trial and trial

9    dates as appropriate.

10       Dated: May 21, 2010.       JAMES F. CLAPP

11                                  MARITA MURPHY LAUINGER

                                 ZACHARIAH P. DOSTART

12                                  DOSTART CLAPP GORDON & COVENEY, LLP

13                                  KEVIN J. McINERNEY

                               McINERNEY & JONES

14                                  MATTHEW RIGHETTI

15                                  RIGHETTI LAW FIRM, P.C.

16                              By: *Marita Lauinger for*

17                                    James F. Clapp

                               Attorneys for Plaintiff Kristin Hall

18       Dated: May 20, 2010.       JEFFREY D. WOHL

19                                  REGAN A.W. HERALD

                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

20                            By: _____

21                                    Jeffrey D. Wohl

22                                  Attorneys for Defendant

                               Rite Aid Corporation

23

24

25

26

27

28

LEGAL_US_W # 64732844.1               -2-

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that all pre-trial and trial dates in this action be and are hereby VACATED and that all proceedings in this action be and are hereby STAYED pending the outcome of the appeal in *Bright v. 99¢ Only Stores*, Los Angeles Superior No. BC415527 (Oct. 15, 2009) (appeal pending, Second Appellate District No. B220016), including any petition for review by the California Supreme Court. Within 30 days after the appeal and review proceedings are final, the parties will report back to the Court and the Court will convene a further status conference to lift the stay and schedule new pre-trial and trial dates as appropriate.

Dated: ~~May~~ June 1, 2010.

JOAN M. LEWIS
_____
Joan M. Lewis
Judge of the Superior Court

LEGAL_US_W # 64732844.1

STIPULATION AND [PROPOSED] ORDER STAYING ACTION