DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
WAL-MART STORES, INC.

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
11/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C09-03339-JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DATED JANUARY 18, 2010 IN LIGHT OF COURT'S MAY 5, 2010 ORDER STAYING DISCOVERY** |

   Pursuant to Civil Local Rule 7-12, Plaintiffs NISHA BROWN and KATHY WILLIAMSON ("Plaintiffs"), and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their counsel, make the following stipulated request to modify the Scheduling Order dated January 18, 2010:

   WHEREAS, on January 28, 2010, the Court issued a Scheduling Order. (Docket No. 15).

   WHEREAS, on May 5, 2010, in response to Defendant's request to shorten time for its Motion for Judgment on The Pleadings, or in the Alternative Request for Stay, the Court issued an Order Denying Defendant's Motion to Change Time and Staying Action Pending Disposition of

Firmwide:98589329.1 015602.6736

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

Defendant's Motion for Judgment on the Pleadings. (Docket No. 41). Pursuant to the Order, discovery in this case was stayed, including a then-pending discovery motion before Magistrate Trumbull, until the Court had an opportunity to evaluate the merits of Defendant's Motion for Judgment on the Pleadings. (*Id.* at 2:2-2.)

WHEREAS, on October 19, 2010, the Court issued an Order Denying Defendant's Motion for Judgment on the Pleadings; Denying Defendant's Motion for Stay. (Docket No. 52).

WHEREAS, pursuant to the Court's May 5, 2010 Order, the Parties were prohibited from conducting discovery in this matter between May 5, 2010 and October 19, 2010 and the parties have still not received an order from Magistrate Trumbull on the discovery motion that was pending at the time the Court issued the stay.

WHEREAS, the Scheduling Order dated January 28, 2010 provides for case deadlines that the Parties in good faith believe will not allow them to appropriately prepare their respective cases for class certification, dispositive motions and trial.

NOW, THEREFORE, the Parties stipulate and respectfully request that the January 28, 2010 Scheduling Order be modified to allow for an extension of time for various case deadlines in light of the previous discovery stay. The Parties, therefore, propose the following dates:

| | |
|---|---|
| **Disclosure of Expert Witnesses (limited to class certification issues)** | **March 21, 2011** |
| **Disclosure of Rebuttal Expert Witnesses** | **April 22, 2011** |
| **Deadline for Filing Motion for Class Certification** | **May 23, 2011** |
| **Deadline for Filing Opposition to Motion for Class Certification** | **June 6, 2011** |
| **Deadline for Filing Reply to Motion for Class Certification** | **June 13, 2011** |
| **Hearing on Motion for Class Certification at 9:00 a.m.** | **June 27, 2011** |
| ~~**Further Case Management Conference to Discuss Post Certification Events, and Trial Scheduling at 11:00 a.m.**~~ | ~~**August 29, 2011**~~ |

**The Court will set a further Case Management Conference in its Order addressing Class Certification.**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:98589329.1 015602.6736

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

With regard to previous time modifications in this case; the Court previously continued the Initial Case Management Conference from January 11, 2010 to February 1, 2010, and entered the Order staying discovery on May 5, 2010. The Court also continued the deadline for the parties to participate in an ENE Conference until after the Court issues an Order regarding Plaintiffs' request for class certification (Docket No. 39). There have been no other time modifications in this case.

**SO STIPULATED.**

Dated: November 10, 2010

*/s/ Marlene Muraco*
MARLENE MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WAL-MART STORES, INC.

Dated: November 10, 2010

*/s/ Matthew Righetti*
MATTHEW RIGHETTI
RIGHETTI LAW FIRM
Attorneys for Plaintiffs
NISHA BROWN and KATHY WILLIAMSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED: AS MODIFIED**

Dated: November 12, 2010

_____
Hon. James Ware

Firmwide:98589329.1 015602.6736

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER