United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nisha Brown, et al., | NO. C 09-03339 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Wal-MART Store, Inc., | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on December 13, 2010. On November 10, 2010, the Court adopted the parties' stipulation to modify the Scheduling Order, extending various case deadlines in light of the Court's discovery stay. (See Docket Item No. 58.) On June 27, 2011, the parties are set for a hearing on Plaintiffs' Class Certification Motion. In light of the modification of the Case Schedule and pending Motion, the Court finds that a Preliminary Pretrial Conference would be premature at this time.

Accordingly, the Court CONTINUES the December 13 Conference to **June 27, 2011 at 11 a.m.** On or before **June 17, 2011**, the parties shall file a Joint Preliminary Pretrial Statement including, among other things, a good faith proposed schedule for trial and an update on any settlement efforts.

Dated: December 9, 2010

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Dennis M. Brown dbrown@littler.com
James F. Clapp jclapp@sdlaw.com
3 Karin Morgan Cogbill kcogbill@littler.com
Kevin J. McInerney kevin@mcinerneylaw.net
4 Marlene S. Muraco mmuraco@littler.com
Matthew Righetti matt@righettilaw.com
5 Zachariah Paul Dostart zdostart@sdlaw.com

**Dated:  December 9, 2010**                           **Richard W. Wieking, Clerk**

                                                       **By:      /s/ JW Chambers            **
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California