DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
2/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  C09-03339-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL [DKT. NO. 21], DEFENDANT'S MOTION FOR RELIEF [DKT No. 65, 72], AND DEFENDANT'S MOTION FOR RECONSIDERATION [DKT. NO. 69]** |

Firmwide:100202103.2 015602.6736

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL [DKT. NO. 21] AND DEFENDANT'S MOTION FOR RELIEF [DKT. NO. 65]

1    Pursuant to Local Rule 7-12, Plaintiffs NISHA BROWN and KATHY
2    WILLIAMSON ("Plaintiffs"), and Defendant WAL-MART STORES, INC. ("Defendant"), by and
3    through their counsel, make the following stipulated request:
4    WHEREAS, on March 19, 2010, Plaintiffs' filed a Motion to Compel discovery (Dkt.
5    No. 21), seeking to compel a further response to Plaintiffs' Special Interrogatories No. 3, which
6    sought the name, home address, home telephone number and store number of the approximately
7    22,000 putative class members;
8    WHEREAS, on January 28, 2011, Magistrate Judge Grewal issued an Order granting
9    Plaintiffs' Motion to Compel (Dkt. No. 61), which required that Defendant provide a supplemental
10   response to Special Interrogatory No. 3 by February 14, 2011;
11   WHEREAS, on February 11, 2011, Defendant Wal-Mart filed a Motion for Relief
12   from the nondispositive order issued by Magistrate Judge Grewal (Dkt. No. 65);
13   WHEREAS, pending negotiations over the resolution of the parties' dispute,
14   Plaintiffs provided Defendant with an extension of time within which to supplement their response
15   to Special Interrogatory No. 3;
16   WHEREAS, the parties have now reached the following stipulated resolution which
17   is intended to fully and finally resolve Plaintiffs' Motion to Compel (Dkt. No. 21) and Defendant's
18   Motion for Relief (Dkt. No. 65):
19       1.   On January 18, 2011, Wal-Mart provided Plaintiffs with a summary of 34
20   requests for a seat that were (1) made by a Cashier employed in a California Wal-Mart Store; (2)
21   since June 11, 2008; and (3) were either received through Wal-Mart's accommodations department
22   pursuant to its Accommodation policy and/or received and handled by the appropriate Market
23   Human Resources Manager responsible for the respective Store (the "Summary"). On February 14,
24   2011 February 15, 2011, Wal-Mart provided Plaintiffs with a summary of an additional seven
25   requests for a seat that satisfy the foregoing criteria (the "Supplemental Summary"). The Summary
26   and Supplemental Summary identified the Cashiers by number rather than name. Within two
27   business days of the date on which the Court signs this Order, Wal-Mart will produce the identity
28   and contact information for those Cashiers listed on the Summary and Supplemental Summary, with

Firmwide:100202103.2 015602.6736

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL [DKT. NO. 21] AND DEFENDANT'S MOTION FOR RELIEF [DKT. NO. 65]

1 the exception of (1) those individuals denoted by Wal-Mart as requests 16, 17 and 24, for whom
2 Wal-Mart contends Plaintiffs are in possession of confidential medical information; and (2) those
3 individuals denoted by Wal-Mart as requests 1, 9 25, and 27 as Wal-Mart has previously informed
4 Plaintiffs those individuals were erroneously included on the Summary.  Wal-Mart is continuing to
5 sort through information it was provided by the Market Human Resources Managers  and, if it
6 determines that there are additional individuals who satisfy the three criteria described above, Wal-
7 Mart will provide Plaintiffs with the identity and contact information for the Cashier at issue, along
8 with a summary of the same type of information previously provided for other individuals listed on
9 the Summary and Supplemental Summary.

10     2.    Within two business days of the date on which the Court signs this Order,
11 Wal-Mart will produce the contact information for 500 Cashiers randomly selected from the
12 following eighteen stores: 1840, 1910, 1915, 1922, 1988, 2001, 2025, 2077, 2117, 2297, 2598, 2708,
13 2735, 5156, 5193, 5338, 5425, 5457.  Wal-Mart's agreement to resolve the parties' dispute in this
14 manner is not a concession that any sample (including this one) is statistically significant or an
15 appropriate sample for the purposes of class certification (or any other purpose).

16     3.    For purposes of this stipulation only "contact information" shall include the
17 individuals' name, last known address, last known telephone number (if any), and store number.

18     4.    All contact information produced in this case shall be treated as
19 CONFIDENTIAL subject to the terms of the Stipulated Protective Order (Dkt. No. 30).

20     5.    Plaintiffs reserve their right to file a motion to compel production of the
21 contact information for those individuals denoted by Wal-Mart as requests 16, 17 and 24 on the
22 Summary at a later date.

23 **SO STIPULATED.**
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Firmwide:100202103.2 015602.6736

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL [DKT. NO. 21]
AND DEFENDANT'S MOTION FOR RELIEF [DKT. NO. 65]

1  Dated: February 15, 2011

3
              */s/ Marlene Muraco*
              MARLENE MURACO
4             LITTLER MENDELSON
              A Professional Corporation
5             Attorneys for Defendant
              WAL-MART STORES, INC.

7  Dated: February 15, 2011

9             */s/ Matthew Righetti*
              MATTHEW RIGHETTI
10            RIGHETTI GLUGOSKI, P.C.
              Attorneys for Plaintiffs
11            NISHA BROWN and KATHY
              WILLIAMSON

14 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

16 Dated: February 17, 2011           /s/ James Ware
                 Hon. James Ware
17               United States District Chief Judge

Firmwide:100202103.2 015602.6736

STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL [DKT. NO. 21]
AND DEFENDANT'S MOTION FOR RELIEF [DKT. NO. 65]

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150