1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NISHA BROWN, et. al., | NO. 5:09-cv-03339 EJD |
|---|---|
| Plaintiff(s), | **ORDER MODIFYING SCHEDULING ORDER FILED NOVEMBER 12, 2010, AND CONTINUING PRETRIAL CONFERENCE** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

On November 12, 2010, the Court issued a Scheduling Order pursuant to the stipulation of

the parties (See Docket Item No. 58), which provided a briefing schedule for the filing of a Motion

for Class Certification and set an anticipated hearing date of June 27, 2011 at 9:00 a.m..  Thereafter,

the Court continued the Preliminary Pretrial Conference to June 27, 2011 to coincide with the

motion hearing (See Docket Item No. 59).

On April 26, 2011, this case was reassigned to Judge Edward J. Davila (See Docket Item No.

75).  Due to recent reassignment and the Court's current availability, the previously-ordered

schedule is modified as follows:

**CASE SCHEDULE**

| **Deadline for Filing Motion for Class Certification** | **August 5, 2011** |
|---|---|
| **Deadline for Filing Opposition to Motion for Class Certification** | **August 19, 2011** |

| | |
|---|---|
| **Deadline for Filing Reply to Motion for Class Certification** | **August 26, 2011** |
| **Deadline for Joint Preliminary Pretrial Statement** | **August 30, 2011** |
| **Hearing on Motion for Class Certification and Preliminary Pretrial Conference** | **September 9, 2011 at 9:00 a.m. and 10:00 a.m.** |

The Joint Preliminary Pretrial Statement should include, among other things, a good faith proposed schedule for trial and an update on any settlement efforts.

None of the dates set in this Order may be changed without an order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court.

**IT IS SO ORDERED.**

Dated:  May 5, 2011



EDWARD J. DAVILA
United States District Judge

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Dennis M. Brown dbrown@littler.com
    James F. Clapp jclapp@sdlaw.com
3   Karin Morgan Cogbill kcogbill@littler.com
    Kevin J. McInerney kevin@mcinerneylaw.net
4   Marita Murphy Lauinger mlauinger@sdlaw.com
    Marlene S. Muraco mmuraco@littler.com
5   Matthew Righetti matt@righettilaw.com
    Zachariah Paul Dostart zdostart@sdlaw.com
6   Charles Aubrey Jones caj@mcinerneylaw.net

7

8   **Dated:  May 5, 2011**                              **Richard W. Wieking, Clerk**

9                                                          **By:  /s/ EJD Chambers**
                                                                 **Elizabeth Garcia**
10                                                               **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          3