DENNIS M. BROWN, Bar No. 126575
dmbrown@littler.com
MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  C09-03339-EJD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC; [PROPOSED] ORDER**<br><br>**[Local Rule 11-5]** |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant Wal-Mart Stores, Inc. substitutes James Nelson and Amber Sayle of Greenberg Traurig as its attorneys of record in this matter.

### FORMER ATTORNEYS

DENNIS M. BROWN
dmbrown@littler.com
MARLENE S. MURACO
mmuraco@littler.com
KARIN M. COGBILL
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150

### NEW ATTORNEYS

JAMES NELSON, Bar No. 116442
nelsonj@gtlaw.com
GREENBERG TRAURIG LLP
1201 K Street
Suite 1100
Sacramento, CA 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709

AMBER SAYLE, Bar No. 211999
saylea@gtlaw.com
GREENBERG TRAURIG LLP
1200 17th Street
Suite 2400
Denver, CO 80202
Telephone: 303.572.6500
Facsimile: 303.572.6540

### SUBSTITUTION BASED ON CONSENT

Wal-Mart Stores, Inc. hereby consents to the above substitution in this matter.

Dated: July 25, 2011

WAL-MART STORES, INC.

By: _____
KRISTEN ALBERTSON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC

1    Littler Mendelson hereby withdraws as counsel and accepts the above substitution.

3   Dated: July 25, 2011

*[signature]*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WAL-MART STORES, INC.

9    Greenberg Traurig hereby accepts the above substitution to serve as counsel for Wal-Mart Stores, Inc. in this matter.

11   Dated: July 25 2011

*[signature]*
JAMES NELSON
AMBER SAYLE
GREENBERG TRAURIG LLP
Attorneys for Defendant
WAL-MART STORES, INC.

### ORDER

IT IS SO ORDERED.

Dated: July 27, 2011

*[signature]*
HONORABLE EDWARD J. DAVILA
JUDGE OF THE UNITED STATES
DISTRICT COURT

Firmwide:102930417.1 015602.6736

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC