1  JAMES M. NELSON – SBN 116442
   nelsonj@gtlaw.com
2  AMBER JENE SAYLE – SBN 211999
   saylea@gtlaw.com
3  NANCY J. DOIG – SBN 226593
   doign@gtlaw.com
4  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
5  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
6  Facsimile:  (916) 448-1709

7  Attorneys for Defendant
   Wal-Mart Stores, Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO.  5:09-CV-03339-EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE PRELIMINARY PRETRIAL CONFERENCE<br><br>Preliminary Pretrial Conference:<br>Date:     September 9, 2011<br>Time:     10:00 a.m.<br>Judge:    Edward J. Davila<br>Courtroom 1-5th Floor |

## STIPULATION

Plaintiffs, Nisha Brown and Kathy Williamson, by and through their attorneys of record, and Defendant, Wal-Mart Stores, Inc., through its attorneys of record, pursuant to Local Rule 66-144(e), hereby stipulate as follows:

## RECITALS

1. Counsel for the parties have telephonically conferred for purposes of attempting to generate a Joint Preliminary Pretrial Conference Statement.

2. At present, the hearing on the motion for class certification is set for 9:00 A.M. on September 9, 2011, an hour before the pre-trial scheduling conference.

3. Defendant opposes certification and timely filed its opposition.

4. Plaintiff's reply is not yet due to be filed but Plaintiffs' counsel reports it will be filed on Friday, August 26, 2011.

5. Pursuant to the Court's May 5, 2011, order, the Joint Preliminary Pretrial Conference Statement is due Tuesday August 30, 2011; well before the court will rule on the class certification motion.

6. The Court's ruling on the certification question is material to the parties' assessment of what work remains to be done, how the case will proceed, appropriate discovery and law and motion cut-off dates and expert disclosure and discovery. All of those components and the court's ruling on certification are, in turn, material to selection of a trial date and estimates of how long the trial will last.

7. Although counsel for the parties have discussed the issues in good faith, the one thing they can agree on is that attempting to schedule the case and hence generate the Joint Preliminary Pretrial Conference Statement without benefit of the court's ruling on certification is unwieldy and unlikely to result in a document the court will ultimately find useful.

8. The parties therefore jointly request that the Preliminary Pretrial Conference date be vacated and reset to occur at least 30 days after issuance of the court's ruling on the certification motion.

///

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

The Court's May 5, 2011, Order be amended such that: (1) The Preliminary Pretrial Conference, currently scheduled for September 9, 2011, will be continued until such time as the Court has issue a ruling on Plaintiff's Motion for Class Certification; and (2) the Joint Preliminary Pretrial Statement shall be filed ten calendar days prior to the hearing.

Dated: August 25, 2011

GREENBERG TRAURIG, LLP

By: /s/ *James M. Nelson*
James M. Nelson
Amber Jene Sayle
Nancy J. Doig
Attorneys for Defendant
Wal-Mart Stores, Inc.

Dated: August 25, 2011

MCINERNEY & JONES

By: _____
Charles A. Jones
Attorneys for Plaintiffs
Nisha Brown and Kathy Williams, et al.

## ~~PROPOSED~~ ORDER

The Preliminary Pretrial Conference currently scheduled for September 9, 2011, is hereby VACATED. The court will reschedule the conference in its order on Plaintiff's Motion for Class Certification.

Dated: August 29, 2011

_____
District Court Judge Edward J. Davila