Matthew Righetti, SBN 121012
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 983-0900 / Facsimile: (415) 397-9005
Email: matt@righettilaw.com

Charles A. Jones, Esq., SBN 224915
Kelly McInerney, Esq., SBN 200017
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440 / Facsimile: (775) 853-6445
Email: caj@cjoneslawfirm.com

Attorneys for Plaintiffs NISHA BROWN and KATHY WILLIAMSON

Steven C. Gonzalez (SBN 191756)
Steven.gonzalez@ltlattorneys.com
Patricia Kinaga (SBN 126845)
Patricia.kinaga@ltlattorneys.com
Anthony Sbardellati (SBN 246431)
Anthony.sbardellati@ltlattorneys.com
LTL ATTORNEYS LLP
300 S. Grand Ave, 14th Floor
Los Angeles, CA 90071
Tel: 213-612-8900 / Facsimile: 213-612-3773

Attorneys for Defendant WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., and DOES 1 through 50 inclusive,<br>Defendants. | CASE NO.: 5:09-cv-03339-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SETTING AND MODIFYING PRETRIAL DEADLINES** |

WHEREAS, on July 27, 2017, the Court set the following deadlines:

- Deadline for Defendant Wal-Mart Stores, Inc. ("Wal-Mart") to file its Motion to Decertify the Class (the "Decertification Motion"): December 6, 2017;
- Deadline for Plaintiff Kathy Williamson ("Plaintiff") to file her Opposition to the Decertification Motion: January 6, 2018;
- Deadline for Wal-Mart to file its Reply in support of the Decertification Motion: January 16, 2018;
- Deadline to complete private mediation: January 12, 2018;
- Hearing on the Decertification Motion is scheduled for January 18, 2018 at 9:00 a.m.;
- Bench Trial is scheduled to commence on October 2, 2018.

**WHEREAS,** the Court directed the parties to meet and confer in order to set deadlines for designation of experts/reports and designation of rebuttal experts/reports.

**WHEREAS,** after meeting and conferring, the Parties have agreed to modify and/or set the following dates (without any change to the trial date):

- Deadline for Wal-Mart to file its Decertification Motion: January 4, 2018;
- Deadline for Plaintiff to file her Opposition to the Decertification Motion: February 2, 2018;
- Deadline for Wal-Mart to file its Reply in support of the Decertification Motion: February 12, 2018;
- Hearing on the Decertification Motion *subject to court availability*;

- Initial expert disclosures and reports: January 30, 2018;
- Rebuttal expert disclosure and reports: February 28, 2018;

- Deadline to complete private mediation: February 9, 2018.

**WHEREAS**, the information required by Local Rule 6-2 is set forth in the Declaration of Matthew Righetti that accompanies this stipulation.

**THEREFORE,** the Parties request the Court to (a) modify the briefing schedule for Wal-Mart's Decertification Motion and mediation deadline (as set forth above); (b) set a new hearing date for the Decertification Motion after February 12, 2018 depending on the Court's

Availability; and (c) set the deadlines for initial expert and rebuttal expert disclosures (as set forth above).

Dated: August 29, 2017    Jones Law Firm
                          Righetti Glugoski, P.C.

                          By:  /s/Matthew Righetti_____
                              Matthew Righetti
                              Class Counsel

Dated: August 29, 2017    LTL Attorneys LLP

                          By:  _/s/Steven Gonzalez_____
                              Steven C. Gonzalez
                              Counsel for Defendant

GOOD CAUSE APPEARING, the Court approves the following schedule:

- Deadline for Wal-Mart to file the Decertification Motion:  January 4, 2018;
- Deadline for Plaintiff to file her Opposition to the Decertification Motion:  February 2, 2018;
- Deadline to for Wal-Mart to file its Reply in support of the Decertification Motion:  February 12, 2018;
- Deadline to exchange initial expert disclosures and reports:  January 30, 2018;
- Deadline to exchange rebuttal expert disclosures and reports:  February 28, 2018;
- Deadline to complete private mediation:  February 9, 2018.

The hearing date for the Decertification Motion is _____, 2018 at _____.

Dated: _____

                                                    _____
                                                    Hon. Edward J. Davila