**KATTEN MUCHIN ROSENMAN LLP**
Andrew G. Klevorn (*Pro Hac Vice* Application Granted)
 andrew.klevorn@kattenlaw.com
Chad J. Doellinger (*Pro Hac Vice* Application Granted)
 chad.doellinger@kattenlaw.com
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312-902-5200
Facsimile: 312-577-8877

Gloria Franke Shaw (SBN 246390)
 gloria.shaw@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310-788-4400
Facsimile: 301-788-4471

Attorneys for Defendant WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NISHA BROWN and KATHY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 50 INCLUSIVE,<br><br>Defendants. | Case 5:09-cv-03339-EJD<br><br>**ADMINISTRATIVE MOTION OF WAL-MART STORES, INC. TO FILE UNDER SEAL THE PARTIES' SEPTEMBER 6, 2018 STIPULATION** |

Pursuant to Local Rules 7-11(a) 79-5(d), Defendant Wal-Mart Stores, Inc. ("Wal-Mart") moves the Court to issue an administrative order that authorizes the sealing of the Parties' September 6, 2018 Stipulation filed concurrently herewith.

## I. LEGAL STANDARD

To seal materials in connection with a non-dispositive motion, a party need only make "a particularized showing under the good cause standard of Rule 26(c)" to justify the sealing of the materials. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Pursuant to Rule 26(c), the Court may keep documents confidential "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

## II. ARGUMENT

It is appropriate, and there is good cause, for the Court to seal documents containing information that, if released, would put a party "at a competitive disadvantage compared to [its] current position." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013). Here, the parties have agreed that the information contained in the concurrently filed Stipulation is highly confidential and should not be disclosed at this time. (Declaration of K. Paulson in support of Wal-Mart's Administrative Motion to File Under Seal.)

## III. CONCLUSION

Wal-Mart respectfully requests that this Court grant the Administrative Motion to File Under Seal The Parties' September 6, 2018 Stipulation.

DATED: September 6, 2018

By: \_\_\_\_\_/s/ *Chad J. Doellinger*_____
Andrew G. Klevorn
Chad J. Doellinger
Katherine S. Paulson
Gloria F. Shaw
Attorneys for Defendant Wal-Mart Stores, Inc.