# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BARBARA WATERS, et al., | Case No. 5:20-cv-05664 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| WALMART, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:09-cv-03339 EJD, *Nisha Brown, et al. v. Wal-Mart, Inc.*.

IT IS SO ORDERED.

Date: August 17, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-05664 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES